IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3086 |
| | ) | |
| v. | ) | |
| | ) | |
| GRAND ISLAND MALL | ) | MEMORANDUM AND ORDER |
| HOLDINGS, LTD., A Nebraska | ) | |
| limited partnership, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion for a continuance, (filing no. 23), is granted, and on or before November 11, 2009, the parties shall either advise the court that this case is settled, or the defendant shall file a motion addressing whether this case should be dismissed for lack of standing under Rules 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure.

DATED this 28th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*

United States District Judge