UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF NEBRASKA


LORINDA BROWN,                                    CASE NO.: 4:09-cv-03086-RGK-DLP

                    Plaintiff,

vs.

GRAND ISLAND MALL HOLDINGS,
LTD., a Nebraska limited partnership,

                    Defendant.
_____/

**INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S
BRIEF IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW, Plaintiff, LORINDA BROWN, by and through the undersigned

counsel and hereby files her Index of Evidence, attaching exhibits as referred to and in

Support of her Brief in Response to Defendant's Motion to Dismiss, as follows:


Exhibit A –     Plaintiff's Expert C.V. ;
Exhibit B -1    Survey Report & Recommendations;
Exhibit B -2    Photographs of Report ;
Exhibit B -3    ADAAG Figures;
Exhibit B -4    Concrete Technology-Walkways & Ramps;
Exhibit C       Plaintiff's Response to 1st Set of Interrogatories;
Exhibit D       Affidavit of Steven K. Mason


Dated: December 1, 2009            Respectfully submitted,

                                   **SCHWARTZ ZWEBEN LLP**
                                   *Attorneys for Plaintiff*
                                   3876 Sheridan Street
                                   Hollywood, Florida 33021
                                   Telephone:     (954) 966-2483
                                    Facsimile:      (954) 966-2566


                                   By:     s/ Stephan M. Nitz
                                           Stephan M. Nitz
                                           Florida Bar No. 45561
                                           snitz@szalaw.com

### *Certificate of Service*

I HEREBY CERTIFY that on December 1, 2009, I electronically filed the foregoing document with the Clerk of the Court and via email to: Travis O'Gorman, Esquire, attorney for Defendant, at: togorman@clinewilliams.com  and to Marvin L. Andersen, Esq. at marvin@bradleylawoffice.com .


/s/ Stephan M. Nitz
Stephan M. Nitz