## Steven Kirk Mason

skm@realmsarchitectural.com
realmsarchitectural.com
1216 Highway 235
Harpursville
New York
13787

### Architect

- Registered Architect in the States of New York, New Hampshire, Vermont, Maine and Michigan, with NCARB reciprocity in most jurisdictions.

### Certification

- National Council of Architectural Registration Boards

### Affiliations

- American Institute of Architects
- Northeast Sustainable Energy Association
- Boston Architectural Center
- Preservation Association of the Southern Tier

### Professional Degree

- Boston Architectural Center — 1995  B. Arch.

### Awards

- Preservation Association of the Southern Tier — *Award for Public Buildings  2005*

    New Tower Cupolas and Gold Leaf Domes
    St. Mary's Carpatho - Rusyn Orthodox Church
    Endicott, New York
    Very Reverend Father Michael A. Kleban

    *Each year PAST recognizes and honors outstanding historic preservation projects. We especially look for projects that restore buildings and landscapes in a manner consistent with their architectural history.*

## Representative Projects

REALMS ARCHITECTURAL
*Harpursville NY, Principal, 1999 — 2009*

- First Church of the Nazarene — Westmoreland NY
- First Baptist Church of Afton —Afton NY
- St Mary's Orthodox Church — Endicott NY
- The Buyer's Agent — Ann Arbor MI
- The Hill Residence — Harriman NY
- Trout Unlimited — Oneonta NY

*Accessibility Consultancy*

- Adagio 60 — New York NY
- Appliance Direct — Fort Myers FL
- Arby's — Sebring FL
- Beach Bowl — Fort Myers FL
- Best Western Inn of Vancouver — Vancouver WA
- Big Hickory Seafood Grill — Bonita Springs FL
- Blu Sushi — Fort Myers FL
- Bruno's Plaza — Fort Myers FL
- Captain Hiram's Resort — Sebastian FL
- Cardinal Manor Luxury Apartments — Cabot AR
- Chuy's Baja Broiler — Tucson AZ
- City of Gore Oklahoma
- Clear Springs Restaurant — San Antonio TX
- Coffee X Change — Tucson AZ
- Dairy Queen — Sebring FL
- Denny's Classic Diner — Fort Myers FL
- Doc Ford's Sanibel Rum Bar and Grille — Sanibel FL
- Doubletree Hotel — Tucson AZ
- El Charro — Tucson AZ
- Espeto's Brazilian Grill — Fort Myers FL
- First Watch — Tulsa OK
- Foothills Mall — Tucson AZ
- Frontier Village — Tucson AZ
- Fuddrucker's Alamo Plaza — San Antonio TX
- Fuddrucker's Botts Lane — San Antonio TX
- Half Price Books — San Antonio TX
- KingsPointe Village — Tulsa OK
- La Casita Mexican Restaurant — Fort Myers FL
- McDonald's — Atoka OK
- Miners Plaza — Fort Myers FL
- Myerlee Square — Fort Myers FL
- Ocean Manor — Fort Lauderdale FL
- Ol' South Pancake House — Fort Worth TX
- One Stop — Fort Myers FL

*Updated 7/9/09*      **Steven Kirk Mason** – 1

- Pier 57 / Bay Pavillion — Seattle WA
- Pizza Hut — Sebring FL
- Plaka II — Fort Myers FL
- Russell Cellular / Alltel Wireless — Cabot AR
- Safeway 1103 — Vancouver WA
- Safeway 1519 — Vancouver WA
- Saint Mary's Hospital — Tucson AZ
- Saint Joseph's Hospital — Tucson AZ
- Sam's Burger Joint — San Antonio TX
- San Diego Taco Shop — Irving TX
- Silver Saddle Steak House — Tucson AZ
- Smokin Oyster Brewery — Fort Myers Beach FL
- Speedway Craycroft Plaza — Tucson AZ
- Spring Creek Shopping Center — Richardson TX
- Steamers Seafood Café — Seattle WA
- Subco — Fort Myers FL
- The Beached Whale — Fort Myers Beach FL
- The Bridge — Fort Myers Florida
- The Bum Steer — Tucson AZ
- The Edge Plaza — Cabot AR
- The Fish Monger — Fort Myers Beach FL
- The Plaza — Tulsa OK
- Spring Street Apartments — Cabot AR
- Wahoo Willie's — Fort Myers Beach FL
- Walker Square — Fort Myers FL
- Wendy's — Sebring FL
- Woody's Bar-B-Q — Sebring FL

TCHERNESHOFF CONSULTING, INC.
*Valley Head  AL*
*Accessibility Consultant, 2003 - 2008*

- 3rd and Spruce Café — Reading PA
- 1223 SE 47th Terrace — Cape Coral FL
- 1323 Lafayette Street — Cape Coral FL
- 2002 Restaurant — Vero Beach FL
- 4712 Del Prado Boulevard — Cape Coral FL
- 9400 Livingston Road — Fort Washington MD
- ABC Fine Wines  Spirits — North Miami Beach FL
- Ace Hardware — Fort Myers FL
- Ackbar Palace Restaurant — Randallstown MD
- Acra Electric — Cape Coral FL
- Alero — Washington DC
- All Star Lanes Bowling — North Fort Myers FL
- American Cafe — Waldorf MD
- American City Diner — Washington DC
- American Inn — Bethesda MD
- AMF Bradenton Bowling — Bradenton FL
- Anthony's Beer and Wine — Ocean City MD
- Anthony's Trattoria — Reading PA
- Antietam Valley Shopping Center — Reading PA

- Apalachee Center — Tallahassee FL
- Applebee's — Bradenton FL
- Arby's Restaurant — McAlester OK
- Arby's Restaurant — North Fort Myers FL
- Arby's Restaurant — Rockville MD
- Arby's Restaurant — Salisbury MD
- Arby's Restaurant — Shillington PA
- Arby's Restaurant — Stillwater OK
- Arkansas Northeastern College — Blytheville AR
- Atwood's — Enid OK
- Atwood's — Stillwater OK
- Auto Sound — Cape Coral FL
- Bancorp South Arena — Tupelo MS
- Bandanas Restaurant — Ada OK
- Bank of America Building — Fort Myers FL
- Bank of America — Knoxville TN
- Basil's Chicken & Ribs — Bradenton FL
- Bayshore Center — Tampa FL
- Baywalk Plaza — St. Petersburg FL
- Beach House Restaurant — Bradenton Beach FL
- Beltsville Commerce Center — Beltsville MD
- Beneva Market Place — Sarasota FL
- Beneva Plaza — Sarasota FL
- Bennigan's — Bradenton FL
- Bennigan's — Fort Myers FL
- Bessemer Civic Center — Bessemer AL
- Best Western — Fort Myers FL
- Best Western College Park Inn — College Park MD
- Best Western Raintree Motor Inn — Ada OK
- Big Lots — Fort Myers FL
- Big Screen Store — Rockville MD
- Birmingham Jefferson Civic Ctr - Birmingham  AL
- Bistro 41 — Fort Myers FL
- Black Angus Restaurant — Vancouver WA
- Black Lagoon Restaurant — Lehigh Acres FL
- Boats US — Fort Myers FL
- Bob Evans Restaurant Fort Myers FL
- Bob Evans Restaurant North Fort Myers FL
- Bojangles Famous Chicken — Reading PA
- Booeymonger — Washington DC
- Books A Million — Bradenton FL
- Boone Pickens Stadium — Stillwater OK
- Boston Market — Bradenton FL
- Boston Market — Fort Myers FL
- Buddha Bar and Grill — Fort Myers FL
- Budget Inn — Fort Myers FL
- Budget Inn — Sarasota FL
- Burger King — Naples FL
- Burger King — Ocean City MD
- Burger King — Pottstown PA

- Burger King — Reading PA
- Burger King — Washington DC
- Burlington Coat Factory — Silver Spring MD
- Café Bella — Stillwater OK
- Campbell Brothers — Stillwater OK
- Cape Coral Barber Shop — Cape Coral FL
- Cape Crab and Steak House — Fort Myers FL
- Capri Center — Cape Coral FL
- Caribe Beach Resort — Sanibel, FL
- Carmike Cinema — Stillwater OK
- Carousel Resort Hotel — Ocean City MD
- Carrollwood Square — Tampa FL
- Casa Ybel Resort — Sanibel FL
- Cascade Village — Vancouver WA
- Charleston's Restaurant — Norman OK
- Charlie's Chicken & BBQ — McAlester OK
- Chateau Hotel — New Orleans LA
- Checkers Restaurant — Bradenton FL
- Chelino's Mexican Restaurant — Oklahoma City OK
- Chevron — Melbourne FL
- Chili's — Jenson Beach FL
- Cimmaron Plaza — Stillwater OK
- Cinema 69 — McAlester OK
- Circle S Ranch House — Reading PA
- City of Ada Oklahoma
- City of Enid Oklahoma
- City of Gore Oklahoma
- City of McAlester Oklahoma
- City of Ocean City Maryland
- City of Opelika Alabama
- City of Vancouver Washington
- Clock Restaurant — Naples FL
- Clock Restaurant — Fort Myers FL
- Clyde's of Chevy Chase — Chevy Chase MD
- College Park Diner — College Park MD
- Comfort Inn Motel — Reading PA
- Commonwealth Building — Washington DC
- Conoco - 1005 Owen K Garriott Rd — Enid OK
- Conoco - 4330 Owen K Garriott Rd — Enid OK
- Conoco - South Van Buren St — Enid OK
- Conoco - West Willow Road — Enid OK
- Coopersburg Diner — Coopersburg PA
- Cornell University: Sibley Hall — Ithaca NY
- Corporate Quarters — North Fort Myers FL
- Cowboy Mall — Stillwater OK
- Coral Lanes Bowling Alley — Cape Coral FL
- Crazy Flamingo — Marco Island FL
- Crossroads Center — St. Petersburg FL
- Crown Plaza Hotel — Richmond VA

- Days Inn — Fort Myers Beach FL
- Days Inn — Bradenton FL
- Days Inn — Muscle Shoals AL
- Days Inn — Shillington PA
- Daytona Speedway — Daytona Beach, FL
- Del Prado Steakhouse — Cape Coral FL
- Dempsey's American Kitchen — Shillington PA
- Denny's — Bradenton FL
- Denny's — Cape Coral FL
- Denny's — Clinton MD
- Denny's — Fort Myers FL
- Denny's — Fredericksburg VA
- Denny's — Muskogee OK
- Denny's — Wyomissing PA
- Deon Square — Fairless Hills PA
- Diane's Pet Center — Reading PA
- Dickenson Theatres — Enid OK
- Discoveryland! — Sand Springs OK
- Doc's Bar B-Q and Steak House — Ada OK
- Dockside Sports Bar and Pub — Fort Myers FL
- Dollar General Store 1978 — Enid OK
- Dollar General Store 2002 — Enid OK
- Dollar General Store 3074 — Stillwater OK
- Dollar General Store 3221 — Stillwater OK
- Dollar General Store 3967 — Gore OK
- Duffy's Tavern — Ocean City FL
- East Central University — Ada OK
- EconoLodge — Bradenton FL
- El Patio Restaurant — Fort Myers FL
- Enid's One Stop #2 — Enid OK
- Enid's One Stop #3 — Enid OK
- Enid's One Stop #4 — Enid OK
- Exeter Family Restaurant — Reading PA
- Fager's Island — Ocean City MD
- Fairless Hills Shopping Center — Fairless Hills PA
- Family Dollar Store — LaBelle FL
- Famous Dave's — Annapolis MD
- First National Bank — Vero Beach FL
- Flora & Ella's Restaurant — LaBelle FL
- Fort Myers Beach Town Hall — Fort Myers FL
- Fowler Toyota Honda — Norman OK
- Franklin Mills — Philadelphia PA
- Free State Mall — Bowie MD
- Friendly's Family Restaurant — Wyomissing PA
- Friendship Lanes — Fort Myers FL
- Frontier City Theme Park — Oklahoma City OK
- Fuddruckers — Annapolis MD
- Galeana Chrysler — Fort Myers FL
- Gallery Plaza — Englewood FL
- Gateway Shopping Center — Double Springs AL

- Gator Bait Tavern — Clewiston FL
- Gator Lanes — Fort Myers FL
- Germantown Plaza — Germantown MD
- Git N' Gallup — Stillwater OK
- Golden Bull Grand Cafe — Gaithersburg MD
- Golden Corral — Punta Gorda FL
- Golden Pavillion Restaurant — Bowie MD
- Goodwill Industries — Bradenton FL
- Goodwill Industries — Sarasota FL
- Goodwill Industries — West Bradenton FL
- Gore True Value — Gore OK
- Grand Central Station — Fort Myers FL
- Grand Mart Shopping Center — Germantown MD
- Greenhills Mall — Nashville TN
- Hamburger Hamlet — Bethesda MD
- Hamburger Hamlet — Gaithersburg MD
- Hardees Restaurant — Fort Myers FL
- Harp's Grocery Store — Gore OK
- Hedges Regional Speech & Hearing Ctr — Enid OK
- Higgins Crab House — Ocean City MD
- Highland Square — Inverness FL
- Hogbody's Wings & Ribs — Cape Coral FL
- Holiday Inn — Sanibel FL
- Holiday Inn — Sarasota FL
- Holiday Inn — Silver Spring MD
- Holiday Inn — Waldorf MD
- Holiday Inn Express — Quakertown PA
- Holiday Inn Select — Nashville TN
- Home Depot Plaza — Port Richie FL
- Hong Kong Buffet — Waldorf MD
- Hooters — Reading PA
- Houston's Restaurant — Bethesda MD
- Houston's Restaurant — Rockville MD
- Howard Johnson's — Bradenton FL
- Hustlers Pool Hall — Cape Coral FL
- Ider High School — Ider AL
- Iggy's Family Restaurant — Reading PA
- Il Giardino Ristorante — Ellicott City MD
- Imperial China Restaurant — Enid OK
- Inn at Reading — Wyomissing PA
- Ireland's Four Provinces — Washington DC
- International House Pancakes — Temple Hills MD
- Islander Inn — Vero Beach FL
- Izzie's Restaurant — Vancouver WA
- Jacaranda Crossing — Venice FL
- Jalapena's Mexican Restaurant — Fort Myers FL
- Jasper's Restaurant — Crofton MD
- Jasper's Restaurant — Greenbelt MD
- Jimmie Kramer's — Reading PA
- Joe's Deli — Cape Coral FL
- Johnny's Original Rib Shack — Guthrie OK
- JR's Liquor and Wine — Stillwater OK
- Juicy Lucy's Restaurant — Fort Myers FL
- KFC — Fort Myers FL
- KFC — Naples FL
- KFC — Shillington PA
- KFC — Temple PA
- KFC — Vero Beach FL
- Kindness Animal Hospital — Wheaton MD
- Krispy Kreme — Norman OK
- Kutztown University — Kutztown PA
- LaCarretta Strip Mall — Miami FL
- La Fiesta Mexican Café — Enid OK
- La Macarena — Enid OK
- Lazy E Arena — Guthrie OK
- Lee Boulevard Plaza — Lehigh Acres FL
- Lee County Parks — Lee County FL
- Leesport Family Restaurant — Leesport PA
- Leesport Farmer's Market — Leesport PA
- L'Enfant Plaza Hotel — Washington DC
- Lighthouse Crossings — St. Petersburg FL
- Lloyd Noble Center — Norman OK
- Long John Silver's — Fort Myers FL
- Love's Country Store / Travel Center — El Reno OK
- Luby's Cafeteria — Oklahoma City OK
- Magic Mile Shopping Center — Bradenton FL
- Maine Street Mini Mart — Enid OK
- Maine Street Truck Stop — Hennessee OK
- Maine's Seafood — Fort Myers FL
- Manatee Obstetrics / Gynecology — Bradenton FL
- Manderbach Ford — Temple PA
- Maria Salvagio — Cape Coral FL
- Marlow Heights Shopping Center -Temple Hills MD
- Marlton Plaza — Upper Marlboro MD
- Marriott Hotel — Albany NY
- Martin County Fairgrounds — Stuart FL
- Marvelous Market — Washington DC
- Mathis Brothers Furniture — Oklahoma City OK
- Matthew's 1600 — Catonsville MD
- Mayfair Village Shopping Ctr — Oklahoma City OK
- Mazarro's Market — St. Petersburg FL
- McDonald's — College Parkway, Fort Myers FL
- McDonald's — Norman OK
- McDonald's — North Cleveland Ave, Ft Myers FL
- McDonald's — North Fort Myers FL
- McDonald's — Oklahoma City OK

- McDonald's — Palmetto FL
- McDonald's — St. Lawrence PA
- McDonald's Manatee Ave — Bradenton FL
- McDonald's Cortez Road — Bradenton FL
- Mel's Diner — Port Charlotte FL
- Metro Medical Center — Fort Myers FL
- Mi Rancho — Germantown MD
- Mi Rancho — Silver Spring MD
- Mill Square Strip Plaza — Vancouver WA
- Modell's Sporting Goods — Bethesda MD
- Mount Penn Family Restaurant — Reading PA
- Mr. Mee's Thai Restaurant v Fort Myers FL
- Muchas Gracias Restaurant 1 — Vancouver WA
- Muchas Gracias Restaurant 2 — Vancouver WA
- Muchas Gracias Restaurant 3 — Vancouver WA
- Muchas Gracias Restaurant 4 — Vancouver WA
- Naples Strikes & Spares — Naples FL
- New Market Plaza — Mechanicsville MD
- Newport Harbor Hotel — Newport Harbor RI
- Nino's Italian Restaurant — Fort Myers FL
- North Hills Shopping Center — Ada OK
- North Park Mall — Oklahoma City OK
- Northern Oklahoma College — Enid OK
- Northwest Shopping Village — Oklahoma City OK
- Northwood Commons — Clearwater FL
- Oakwood Mall — Enid OK
- Ocean Center Civic Center — Daytona Beach FL
- Odeon Restaurant — Washington DC
- Old Village Shopping Center — Englewood FL
- O'Malley's Restaurant — Reading PA
- On The Border Mexican Café — Rockville MD
- Orange Blossom Plaza — Bradenton FL
- Origami Restaurant — Fort Myers FL
- Othello's Restaurant — Norman OK
- Outback Steakhouse — Tupelo MS
- Oyster Bay Shoppes — Ocean City MD
- Oxbridge Square Shopping Center — Richmond VA
- Oxford Valley Mall — Langhorne PA
- Palazzo del Lago — Lake Buena Vista FL
- Panera Bread — Vero Beach FL
- Paradise Tiki Hut — Cape Coral FL
- Park 66 — Pinellas Park FL
- Patton Creek Shopping Center — Hoover AL
- Pep Boys — Laurel MD
- Pep Boys — Temple Hills MD
- Pepe's Restaurant — Baltimore MD
- Periwinkle Place — Sanibel FL
- Phillips Flagship Restaurant — Washington DC
- Pick and Run Store — Port Charlotte FL
- Pizza Hut — Clinton MD
- Pizza Hut — Easton MD
- Pizza Hut — Fort Myers Beach FL
- Plaza del Prado — Cape Coral FL
- Price Cutter — North Fort Myers FL
- Price Cutter Furniture — North Fort Myers FL
- Pocono Crossing Shopping Center — Richmond VA
- Ponderosa Steak House — Fort Myers FL
- Popeye's — LaBelle FL
- Port Labelle Inn — LaBelle FL
- Pott's Hot Dog and Grill — Fort Myers FL
- Prawnbroker's — Stuart FL
- Prime Outlet — Queenstown MD
- Princeton Sports — Baltimore MD
- Promenade Shopping Center West — Davie FL
- Pupello Investments — Tampa FL
- Purple Moose Saloon — Ocean City MD
- Quakertown Diner — Quakertown PA
- Quality Inn — Vancouver WA
- Quick Mart Citgo — McAlester OK
- Ramada Inn and Conference Center — Reading PA
- Reading Area Community College — Reading PA
- Reading Mall — Reading PA
- Red Hot & Blue — Waldorf MD
- Red Lion Hotel at the Quay — Vancouver WA
- Red Roof Inn — Washington DC
- Regatta Point Marina — Bradenton FL
- Ricky's Mexican Café — Oklahoma City OK
- Rip's Waldorf Restaurant — Waldorf MD
- Riveredge Restaurant — Reading PA
- Riverside Cafe — Bradenton FL
- R.J. Bentley's Filling Station — College Park MD
- Romain's Table — Washington DC
- Rosewood Hills — Stillwater OK
- Rossi's Pizza — Quakertown PA
- Royal Palm Plaza — Stuart, FL
- Rutland Plaza — St. Petersburg FL
- Sally's Deli — Reading PA
- Sam-Mar's — Reading PA
- Sam's Club — Landover MD
- Sandbar Grille — Fort Myers Beach FL
- Sandpearl Resort — Clearwater Beach FL
- San Marco's Restaurant — Oklahoma City OK
- Santino's Family Restaurant — Wyomissing PA
- Save-A-Lot — LaBelle FL
- Senior Citizens Building — Gore OK
- Schell's Dairy Swirl — Temple PA
- Schell's Hot Dogs & Barbeque — Temple PA
- Shady Maple Farm Market — East Earl PA

- Sharky's — Bradenton, FL
- Shell Gasoline — Tupelo MS
- Sheraton Buck's County Hotel — Langhorne PA
- Sheraton Hotel — Wyomissing PA
- Shillington Plaza — Shillington PA
- Shilo Inn 13th Street —Vancouver WA
- Shilo Inn Highway 99 — Vancouver WA
- Sir Walter Raleigh Inn — Berwyn Heights MD
- Sizzler Steak House — Bradenton FL
- Skip One Seafood — Fort Myers FL
- Skipper's Restaurant — Vancouver WA
- Smokehouse BBQ & Grill — Oklahoma City OK
- Snider's Market — Silver Spring MD
- Sonny's Barbeque — Clewiston FL
- Sonny's BBQ — Fort Myers FL
- South Pasadena Shopping Ctr — S Pasadena FL
- Southern Starz Gym — Cape Coral FL
- Spaghetti Warehouse — Oklahoma City
- Spezie — Washington DC
- Spring Plaza — Bonita Springs FL
- State Fair Park — Oklahoma City OK
- Steak & Ale Restaurant 3731 — Oklahoma City OK
- Stopper's Steak & Ale — Birdsboro PA
- Strode Funeral Home — Stillwater OK
- Sunstate Commerce Center — Punta Gorda FL
- Super 8 Motel — Fort Myers FL
- SuperFresh Supermarket — Ocean City MD
- Stuffa Bagel — Cape Coral FL
- Star Super Market — Cape Coral FL
- Steak & Ale — Lutherville MD
- Stevie Tomato's Sports Page — Naples FL
- Stuart Professional Center— Stuart FL
- Stuart Square — Stuart FL
- Subway Restaurant — Bonifay FL
- Subway Restaurant — Fort Myers FL
- Subway Restaurant — McAlester OK
- Subway Restaurant — Tupelo MS
- Super 8 Motel — North Bradenton FL
- Sweetbay Supermarket — Cape Coral FL
- Taco Bell — Bradenton FL
- Taco Bell — McAlester OK
- Taco Bell — North Fort Myers FL
- Taco Bell — Waldorf MD
- Taco Mayo — Stillwater OK
- Talbott Center — Rockville MD
- Talladega City Schools — Talladega AL
- Tastee Diner — Bethesda MD
- TGI Friday's — Orlando FL
- TGI Friday's — Greenbelt MD
- TGI Friday's — Rockville MD
- The Bridgeport Plaza — Vancouver WA
- The Candlelight Inn — Catonsville MD
- The Crab Barn — Reading PA
- The Jetty Dock Bar — Grasonville MD
- The Mont Restaurant — Norman OK
- The Runner Etc — Ada OK
- The Shops at Georgetown Park — Washington DC
- The Skate Zone — Crofton MD
- The's Waterfront Café — Naples FL
- Thirsty's Restaurant — Cape Coral FL
- Tin City — Naples FL
- Timberlake's Restaurant — Washington DC
- T.K. Davis Justice Center — Opelika AL
- Top O' The Mast — Fort Myers FL
- Topolino — Temple Hills MD
- Topolino, An Italian Bistro — Waldorf MD
- Tower Restaurant — Lake Placid FL
- Town and Country Shopping Ctr — Knoxville TN
- Travel Inn — Fort Myers FL
- Tringalli Park — Englewood FL
- Tri-plex FPHC Investments — Orlando FL
- True Value Hardware — Englewood FL
- Tupelo Buffalo Park — Tupelo MS
- U-Save — LaBelle FL
- University Plaza — Tampa FL
- Utica Square Shopping Center — Tulsa OK
- Veranda Restaurant — Fort Myers FL
- Vero Beach Inn — Vero Beach FL
- VF Outlet Village — Reading PA
- Village Shops Strip Mall — Quakertown PA
- Vista Meadows Clubhouse — Vero Beach FL
- VZD's Restaurant — Oklahoma City OK
- Wald Park — Vestavia Hills AL
- Waffle House — Fort Myers FL
- Walker Baptist Medical Center — Jasper AL
- Wally's Waterfront Restaurant — Fort Myers FL
- Wal-Mart — Atoka OK
- Wal-Mart — Fairless Hills PA
- Wal-Mart — Kingfisher OK
- Wal-Mart — Stillwater OK
- Wal-Mart — Wyomissing PA
- Washingtonian Center — Gaithersburg MD
- Wegman's Restaurant — Reading PA
- Wendy's BBB — Indialantic FL
- Westfield Shoppingtown — Annapolis MD
- West Lawn Printing — Reading PA
- White Flint Mall — North Bethesda MD
- Wicklow Professional Center — Stillwater OK
- Wings & Ribs — Fort Myers FL
- Woodside Lanes — Naples FL

- Woody's Bar-B-Que — Fort Myers, FL

### CORNELL UNIVERSITY
*Ithaca NY, Architect, 1999*

- Olin Hall Improvements— Ithaca NY
- Schoellkopf Stadium West Stands — Ithaca NY
- Lynah Ice Rink — Ithaca NY
- Environmental Health and Safety — Ithaca NY
- Humphreys Service Building — Ithaca NY
- Boyce Thompson Institute — Ithaca NY
- Willard Straight Hall — Ithaca NY

### FARRAND & ASSOCIATES, INC. ARCHITECTS
*Ann Arbor MI, Architect, 1997-1999*

- At the Detroit Metropolitan Wayne County International Airport MI, principal client Northwest Airlines, the following projects:
- Runway 3C Aircraft Deicing Facility
- Runway 3L Aircraft Deicing Facility
- New 2-Bay DC-10 Line Maintenance Hangar
- Northwest Airlines Control Center Renovations
- Lower Level Davey Terminal Renovations
- International Terminal Modifications
- Carousel for Building 514 — Mail Sortation Facility
- LMO Managing Directors Office — ITC Building
- Detroit Flight Kitchen Building 505 Dishroom
- FIDS Installation —Davey Terminal
- Preferred Accounts Facility NWA — Davey Terminal
- Administrative Office Relocation — F Concourse
- Security Entrance
- Crossover Bridge FIDS
- F WorldClub Reconfiguration — Unaccompanied Minors Room, WorldKids Club
- Signature Flight Support — Interior renovations
- Southwest Airlines Holdroom
- Alterations to Holdroom Lighting and Finishes, Concourse B Rotunda and Hammerhead — Delta Airlines
- Curbside/Skycap Improvements — J.M. Davey Terminal
- Additional Plant Maintenance Shop for Glycol Truck Servicing
- VIP Counter Modifications — Air Cargo Facilities Building 536
- Modifications to Concourse B — Continental Airlines
- Raytheon CTX 5000SP Scanner Installation — Explosives Detection — International Ticket Counter Facility
- Security Enhancements
- HUB Renovations — Holding Rooms, Concourses C, D, E, F & G
- LMO Ready Room Concourse D — Renovations and addition
- Building 505 Fencing
- Marriott Hotel Lobby — Airport Security Area
- Delta Airlines Ticket Counter Renovation
- "Center Ice" — Host Marriott Restaurant

*Other projects with Farrand & Associates include:*

- Dow Chicago — Chicago IL
- Jackson Dental — St. Claire MI
- Baseview Products — Ann Arbor MI
- DKNY -DonnaKaran Company Store -Birch Run MI
- DKNY -DonnaKaran Company Store — Auburn Hills MI
- Pointe Plaza II — Ann Arbor MI
- Water Street Inn Harborside Addition — Boyne City MI
- Midwest Consulting Inc. — Ann Arbor MI
- Steeb Dodge Chrysler Plymouth — Saline MI
- AF Smith Tenant Space — Saline MI
- WorldClub — Northwest Airlines — Indianapolis International Airport — Indianapolis IN
- Sharp Park Golf Course — Jackson MI
- Royal Gulf Hills Golf Course — Ocean Springs MS
- Pierce Lake Golf Course — Chelsea MI
- Country Kennel — Addition — Milan MI
- Conlin Residence — Ann Arbor MI
- Carlson Residence — Ann Arbor MI
- Simmons Residence — Ann Arbor MI
- Huck Residence — Addison Township MI
- Koepp Residence — Knoxville TN
- St. Michael Lutheran Church and School - Wayne, MI

### BEARSCH COMPEAU KNUDSON, PC
*Binghamton NY, Intern Architect, 1996*

- Chenango Forks C S D — Chenango Forks NY
- DeRuyter Central School District — DeRuyter NY
- Hancock Central School District — Hancock NY
- Trumansburg CSD — Trumansburg NY
- Windsor Central School District — Windsor NY
- Newark Valley C S D — Newark Valley NY
- Berkley Putnam Publishing Grp — Kirkwood NY

- Union Endicott C.S.D. — Endicott NY
- Lansing Central School District — Lansing NY

BHM INTERNATIONAL
*Boston MA, Architectural Designer, 1996*

- 100 Bed Hospital and Outpatient Clinic — Hargeisa, Somaliland

CHRISTOPHER HALL ARCHITECT
*Lexington MA, Intern Architect, 1996*

- Eight Residences — Lexington MA

IVAN BEREZNICKI ASSOCIATES
*Cambridge MA, Intern Architect, 1995*

- Eleven Residences — Various Locations

GEORGE HOROWITZ ASSOCIATES
*West Newton MA, Intern Architect, structural plans and detailing, 1993-1997*

- AutoFair Chrysler Plymouth — Manchester NH
- First Federal Savings Bank of America — Swansea MA
- University of New Hampshire Ocean Engineering Building — Durham NH
- St. Joseph School of Nursing — Nashua NH
- New Durham Elementary School — Durham NH
- Profile Junior Senior High School — Bethlehem NH
- Manchester Municipal Employees Credit Union Bank Manchester NH

CHISHOLM WASHINGTON ARCHITECTS
*Cambridge MA, Intern Architect, 1994-1995*

- Central Artery Project — Boston MA

KATHERINE MCGUINNESS AND ASSOCIATES
*Waltham, MA*
*Preparation of accessibility studies and guidelines, Intern Architect, 1993-1994*

- John Hancock Tower ADA Compliance Plan — Boston MA
- Lahey Clinic ADA Action Plan — Boston MA
- Brandeis University ADA Compliance Plan — Waltham MA
- Wellesley College ADA Compliance Plan — Wellesley MA
- Massachusetts Port Authority Accessibility Audit — Boston MA
- Greater Boston Rehabilitation Services — Cambridge MA

LANE, FRENCHMAN AND ASSOCIATES
*Boston MA,*
*Preparation of master plans, Intern Architect, 1990-1992*

- Woods Hole Oceanographic Institution Master Plan, Woods Hole MA
- Salem Maritime National Historic Site - Salem MA
- Jacob Riis Park Design Program — Queens. NY
- Great Kills Park Visitor Center — Staten Island NY
- Plan for the Lackawanna Heritage Valley — Scranton PA
- Lackawanna Heritage Valley Visitor Center and Trolley Museum — Scranton PA
- Allegheny Ridge Industrial Heritage Corridor Plan — Johnstown to Altoona PA
- Vision 2000 / A Plan for Downtown — Rochester NY
- Wheeling National Heritage Area — Wheeling WV
- West Suburban YMCA Development Plan — Newton MA
- Mon Valley Steel Heritage Conservation Project — Monongahela River Valley PA
- Gateway National Recreation Area Permits and Code Analysis — NY
- Civic Improvements Plan — Johnstown PA
- Johnstown Heritage Development Plan — Johnstown PA
- Cambria City/Minersville Guidelines for Preservation and Discovery — Johnstown PA
- Cambria Iron and Steel National Historical Park Concept Plan — Johnstown PA
- Canal Basin Park Plan — Holidaysburg PA