# Grand Island Mall

2228 North Webb Rd
Grand Island, Nebraska

# Access Survey

August 6, 2009



**realms**
architectural

realmsarchitectural.com

accessibility consultancy + design

## Overview

This is the record of an access survey of Grand Island Mall, 2228 N. Webb Rd, Grand Island, Nebraska, performed on August 6, 2009 by S.K. Mason, AIA, NCARB, of Realms Architectural.

*Purpose* - This survey presents data and recommendations to assist in the resolution of litigation under federal civil rights law regarding accessibility for people who have a disability.

*First Visit* - This access survey represents the first time that this writer has visited this facility.

*Order of Presentation* - Items are presented here in the order in which they appear in the complaint.

*Federal Standards Referenced* - The recommendations given in this survey address only the requirements of federal civil rights law.

*Use the More Stringent Standards* - The facility should compare the enforceable federal standards referenced here with relevant state and local codes and ordinances and use the more stringent.

*Typicality* - Recommendations for barrier removal are meant to be considered typical and apply to all instances of similar conditions.

*Technically Feasible* - In our opinion, based upon experience with many similar projects, all of the recommendations for the mitigation of barriers to access expressed in this survey are technically feasible.

## General Notes

The columns of information presented in this access survey report are arranged as follows:

| pics | findings | standards | recommendations | cost each |
|---|---|---|---|---|

The numbers in the *standards* column generally reference the "1991 Standards," the ADA Standards for Accessible Design, 28 CFR part 36 Appendix A.

*1991 Standards* - These are the currently enforceable standards under federal accessibility law. The 1991 Standards, the "ADAAG," including the referenced figures, may be viewed and downloaded at:

http://www.access-board.gov/adaag/html/adaag.htm

*Rounding of Costs* - The unit cost range in the *cost each* column is rounded to the nearest whole dollar amount.

*Aggregate Cost* - Where appropriate, these unit cost ranges must be multiplied by the number of instances to arrive at the aggregate cost of an item.

*Photographs* - The numbers in the *pics* column reference the photographs that follow the text portion of this report.

*AFF* - The expression "AFF" signifies "above finished floor" or, when used outdoors, "above the surface of the pavement."

***Measuring Tools*** - Slopes were measured using a Smart Tool Digital Inclinometer, calibrated the morning of the survey. Pressure required to open doors was measured with an HMC Single Action Door Pressure Gauge, with a range of 0-35 pounds.

To verify that barrier removal is done in compliance with minimum standards required by law, we recommend that those performing the work equip themselves with similar measuring tools. This is especially important when measuring sloped surfaces such as ramps, curb ramps, parking pavement, sidewalks and so-on.

## Costs

The generalized preliminary budget cost estimates offered here are based upon similar projects, information provided by product manufacturers, contractors working in the construction trades, and the publications of RS Means / Reed Construction Data, including their *Building Construction Cost Data* 67th Annual Edition 2009.

It is important to note that these estimates are made for ADA barrier removal only and do not take into account such things as special finishes and day to day variations in the cost of goods and services. The estimated costs are intended as a guide and are not intended to be absolutely comprehensive. Other materials and methods of construction may be employed besides those used for these estimates.

## Tax Incentives

The Internal Revenue Service offers a tax credit for small businesses and a tax deduction for all businesses to help offset the costs of removing barriers to access. These are claimed on IRS Form 8826 which should be attached to your tax return.

For information on how to claim the tax credit and tax deduction, see the *Tax Incentives Packet on the Americans with Disabilities Act* and related discussion available at the following links:

http://www.usdoj.gov/crt/ada/taxpack.htm

http://www.eeoc.gov/facts/fs-disab.html

## General Recommendations

The allegations describe types of barriers that are repeatedly encountered across this site. The general recommendations given here address the various types of barriers.

***Use the General Recommendations*** - In order to bring this facility into compliance with the minimum requirements of federal accessibility law, follow the general recommendations. Further on in this document, the allegations themselves are noted as instances and examples of these general recommendations.

There is overlap. For example, when it has been alleged that there are an insufficient number of accessible parking spaces, this may include parking spaces that are designated as accessible, but which nevertheless have barriers to access noted elsewhere in this report. Or, when it has been alleged that an accessible route is lacking, the barrier may be a curb ramp that is too steep, which may be noted elsewhere.

The path to accessibility is not complicated: provide compliant parking, curb ramps and entrances.

| | | |
|---|---|---|
| The parking spaces at this facility that are designated as accessible generally do not comply with the minimum requirements of the referenced standards. | 4.1.2(5) (a)(b) 4.6 fig 9, A5 | **Provide Accessible Parking -** In general, provide accessible parking spaces compliant with 4.6. |
| At the time of the survey we did not conduct a parking count on site. | 4.1.2(5) (a)(b) 4.6 fig 9, A5 | **Number of Accessible Parking Spaces -** Verify the total number of parking spaces. The minimum number of accessible parking spaces must comply with table 4.1.2(5)(a). |
| At present, curb ramps and accessible parking spaces are adequately dispersed. The must remain so. | 4.1.2(5) (a)(b) 4.6 fig 9, A5 | **Disperse Accessible Parking Spaces -** In general, disperse the accessible parking along the length of the site so as to be on the shortest accessible route to the entrances of the various tenancies. |
| Parking spaces designated as van spaces were found to be non-compliant. | 4.1.2(5) (b) 4.6.2 fig 9 | **Van Spaces -** In general, ensure that a minimum of 1 in every 8 accessible parking spaces is a van space. |
| In many instances parking access aisles were found to be lacking or to be dimensionally non-compliant. | 4.1.2(5) (a), 4.6 fig 9 | **Access Aisles -** In general, each accessible parking space must be adjacent to an access aisle compliant with 4.6. |
| The parking pavement in this facility is generally uneven, and in many places too steep. | 4.6.3 fig 9 | **Slope of Parking Pavement -** In general, resurface the accessible parking spaces and their access aisles so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. The noted 2% is the maximum allowable - in some instances noted in this report the slope of the parking pavement is more than twice the maximum allowable. |

| | | |
|---|---|---|
| Parking signs at this facility are generally mounted too low. | 4.6.4 | **Height of Parking Signs -** The 1991 Standards do not give a dimension for the height of parking signs, but require only that they be mounted high enough so as not to be obscured by a vehicle parked in the space. Although not specifically required by enforceable federal statute, we recommend that accessible parking signs be mounted at least 60 and preferably 84 inches AFF, measured to the bottom of the sign. |
| Van signs were generally provided, but were mounted too low. | 4.6.4 | **Designation of Van Spaces -** Provide an additional sign, compliant with 4.6.4 designating each van accessible parking space as such. |
| The sidewalk along the entrances to the tenancies is generally compliant. The curb ramps are not compliant. | 4.1.2(1)(3)(4) 4.3 fig 1, 7 | **Accessible Route From Parking -** In general, provide compliant accessible routes leading from the accessible parking spaces to the entrances of the various tenancies. |
| Curb ramps were found to be too steep. | 4.7 fig 11 12, 13 | **Curb Ramps -** In general, provide curb ramps that are compliant with 4.7. Reconfigure existing curb ramps so that their slope does not exceed 8.33% and the slopes of the flared sides do not exceed 10%. |
| The curb ramps typically lack detectable warning. | 4.7.7 4.29 | **Detectable Warning -** Provide each curb ramp with a detectable warning surface compliant with 4.29. |
| Some entrances were found to have non-compliant hardware. | 4.13.9 | **Entrance Door Hardware -** In general, replace panel-type door handles with loop-type door handles. |
| | 28 CFR Part 36, 36.201a  4.13.11 (2)(a) | **Force Required to Open Doors -** While ADAAG does not address pressure requirement for exterior doors, a number of states, after consultation with the door manufacturing industry, have settled on 8 1/2 pounds maximum push or pull force in their own state accessibility codes.  Although this number is not noted in an enforceable referenced standard, we recommend to adjust the door closer at the entrance to each tenancy to require no more than 8 1/2 pounds of push or pull force to open. |

| | | | |
|---|---|---|---|
| | | The rationale here is to provide "full and equal enjoyment" to all patrons, something that *is* required of a public accommodation in the language of Title III of the ADA: 28 CFR Part 36, 36.201a. | |
| | 4.13.10<br>A4.13.10 | Along with the above, adjust the sweep period of the door closer such that the leading edge of the door takes at least 3 seconds to move from an open position of 70 degrees to a point 3 inches from the latch. Ensure that the door closer has a "delayed-action" feature, adjusted to allow a person using a wheelchair to pass through the door without being struck by the door as it closes. | |
| In this report, it is noted that ground slopes of certain items are too steep. | 28 CFR, Ch.1, 36.401 | **Maximum Allowable Slopes -** There is an informative article on this subject, written to help the facility understand the various technical considerations required to ensure ADA compliance: *Building Flatness into Walkways and Ramps* by Jean Tessmer, published in <u>Concrete Technology Today</u>, Vol. 22, No. 1, April 2001, pp. 1-3.<br><br>As a courtesy, a copy of the article is appended to this document.<br>The article may be downloaded for free at the Portland Cement Association's online bookstore:<br><u>http://www.cement.org/bookstore/profile.asp?id=13188</u> | |

### Allegation i
*There are an insufficient number of accessible parking spaces.*

| | | | |
|---|---|---|---|
| We were told on site that there are 323 parking spaces serving this facility. We were also told that some of the tenancies on site are not part of the present litigation. We did not count the parking spaces. | 4.1.2(5)<br>(a)(b)<br>4.6<br>fig 9, A5 | Verify the total number of parking spaces. The minimum number of accessible parking spaces must comply with table 4.1.2(5)(a). | $485 - $555 |
| 005 **Accessible Parking for the Cinema -** The cinema, a unique tenancy at this mall, has requirements for accessible seating. | 4.1.2(5)<br>(a)(b)<br>4.6<br>fig 9, A5 | Provide a number of accessible parking spaces near the entrance to the cinema that will be commensurate with and appropriate for the required number of accessible seating positions within the cinema. | $485 - $555 |

| | | | | |
|---|---|---|---|---|
| 020 | **Accessible Parking near the Mall Office -** The southern parking space has a cross slope ranging from 1.6% at the top, to 2.4% in the middle and 2.0% at the bottom. The access aisle is triangular as noted elsewhere. The space to its right, which could be an access aisle, has slopes ranging from 4.1% at the top, to 2.6% in the middle and 3.4% at the bottom. | 4.1.2(5)(a)(b) 4.6 fig 9, A5 | This is a typical situation, where parking spaces designated as accessible are not compliant with the referenced standards. Compliant access aisles need to be provided and the ground surface must be leveled. Typically, follow the general recommendations to make the accessible parking spaces compliant. | $485 - $555 |
| 019 | The parking space to the north has slopes ranging from 3.4% at the top, to 2.3% in the middle and 2.2% at the bottom. The space to its left, which could be either an access aisle or an accessible parking space, has ground slopes ranging from 5.7% at the top, to 3.7% in the middle and 2.9% at the bottom. | 4.6.3 fig 9 | Typically, resurface the accessible parking spaces and their access aisles so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |
| 044 | **Accessible Parking near Hobby Lobby -** The southern space has a cross slope ranging from 3.8% at the top, to 4.6% in the middle and 3.4% at the bottom | 4.6.3 fig 9 | Resurface the accessible parking spaces and their access aisles so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |
| 045 | The space to its right, which could be an access aisle, has slopes ranging from 4.1% at the top, to 2.9% in the middle and 3.3% at the bottom. | 4.6.3 fig 9 | Resurface the accessible parking spaces and their access aisles so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |
| 053 054 | The ground surface is pitted and uneven. Grass is growing up through the splits in the pavement | 4.5.1 4.6.3 fig 9 | Typically, resurface parking spaces and access aisles to provide a smooth, firm and level surface, with no change of level greater than 1/4 inch. | $380 - $520 |
| 046 | The northern space has a cross slope ranging from 3.8% at the top, to 3.5% in the middle and 3.6% at the bottom. | 4.6.3 fig 9 | Resurface the accessible parking spaces and their access aisles so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |
| 046 | The space to its left which could be a van access aisle, has cross slope ranging from 3.7% at the top, to 2.9% in the middle and 3.7% at the bottom. | 4.6.3 fig 9 | Resurface the accessible parking spaces and their access aisles so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |

## Allegation ii
*There are many access aisles that are too narrow.*

| | | | | |
|---|---|---|---|---|
| 019 020 | **Access Aisles near the Mall Office** - The accessible parking spaces in this area have triangular access aisles that narrow to 20 inches in width. | 4.1.2(5) (a), 4.6 fig 9 | Typically, reconfigure the accessible parking to create access aisles compliant with 4.6. Standard access aisles must be at least 60 inches wide. Van access aisles must be at least 96 inches wide. | $485 - $555 |
| 046 | **Access Aisle near Hobby Lobby** - The space designated as a van space has a triangular access aisle that narrows to 18 inches. | 4.1.2(5) (a)(b) 4.6 fig 9 | Provide a van access aisle least 96 inches wide, compliant with 4.6. | $485 - $555 |

## Allegation iii
*The accessible parking spaces lack proper signage.*

| | | | | |
|---|---|---|---|---|
| 019 020 | **Parking Signs near the Mall Office** - The parking sign at the space nearest the building is mounted 40 inches AFF measured to the bottom. The sign farther from the building is 42 1/2 inches AFF. | 4.6.4 | Raise the signs at the accessible parking spaces such that they cannot be obscured by a vehicle parked in the space. We recommend that accessible parking signs be mounted at least 60 and preferably 84 inches AFF, measured to the bottom of the sign. | $148 - $180 |
| 045 046 | **Parking Signs near Hobby Lobby** - The southern parking sign is 48 inches AFF measured to the bottom. The northern sign is 58 inches AFF measured to the bottom and small van sign is 51 inches AFF. | 4.6.4 | Raise the signs at the accessible parking spaces such that they cannot be obscured by a vehicle parked in the space. | $148 - $180 |
| 031 032 | **Parking Signs near Hastings Books** - The parking signs are 47 1/2 inches AFF, measured to the bottom. The van sign is 39 1/2 inches AFF. | 4.6.4 | Raise the signs at the accessible parking spaces such that they cannot be obscured by a vehicle parked in the space. | $148 - $180 |
| 034 | Another sign near Hastings is mounted at 47 1/2 inches AFF, measured to the bottom. | 4.6.4 | Raise the signs at the accessible parking spaces such that they cannot be obscured by a vehicle parked in the space. | $148 - $180 |

**Allegation iv** ························································································

*The accessible parking at Hastings Books have no access aisles.*

| | | | | |
|---|---|---|---|---|
| 022 024 | The parking space across from the sign that says *Books and Music* lacks a designated access aisle. | 4.1.2(5) (a), 4.6 fig 9 | Reconfigure the accessible parking to create access aisles compliant with 4.6. | $485 - $555 |
| 022 024 | The cross slope of the accessible parking space ranges from 2.0% at the top, to 2.3% in the middle and 2.1% at the bottom. | 4.6.3 fig 9 | In my opinion, this ground slope, slightly exceeding the maximum allowable 2%, does not pose a significant barrier to access and may remain as-is. | $0 - $0 |
| 022 024 | The space to its right which would be designated as an access aisle has a slope ranging from 3.0% at the top, to 4.2% in the middle and 3.6% at the bottom. | 4.6.3 fig 9 | To make this area an access aisle, resurface the parking surface so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |
| 025 | The surfaces are pitted and uneven with loose gravel in places. | 4.5.1 4.6.3 fig 9 | Resurface parking spaces and access aisles to provide a smooth, firm and level surface, with no change of level greater than 1/4 inch. | $380 - $520 |
| 031 032 | The 2 parking spaces in these photographs designated as accessible lack access aisles. | 4.1.2(5) (a), 4.6 fig 9 | Reconfigure the accessible parking to create access aisles compliant with 4.6. | $485 - $555 |
| 031 032 | The southern space has cross slopes ranging from 1.9% at the top, to 3.5% in the middle and 3.5% at the bottom. The space to its right, which could be an access aisle, is pitted and uneven and has cross slopes ranging from 3.6% at the top, to 3.1% in the middle and 4.6% at the bottom. | 4.6.3 fig 9 | Resurface the accessible parking spaces and their access aisles so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |
| 031 032 | The parking space has cross slopes ranging from 2.4% at the top, to 2.9% in the middle and 3.0% at the bottom. The space to its left, where the red pickup truck is show in the photograph, has cross slopes ranging from 2.6% at the top, to 2.1% in the middle and 1.0% at the bottom. | 4.6.3 fig 9 | Resurface the accessible parking spaces and their access aisles so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |

| | | | | |
|---|---|---|---|---|
| 034 | Across the vehicular way, opposite the sign that says Coffee at Hastings, there are 2 parking spaces designated as accessible. The southern parking space has cross slopes ranging from 1.6% at the top, to 1.9% in the middle and 1.6% at the bottom. | 4.6.3 fig 9 | These slopes are compliant. No changes are required. | $0 - $0 |
| 034 | The Northern parking space in this photograph has cross slopes ranging from 3.5% at the top, to 3.4% in the middle and 3.5% at the bottom. | 4.6.3 fig 9 | Resurface the accessible parking space so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |
| 037 | The space to its left, which could be an access aisle or a parking space has a cross slope ranging from 2.8% at the top, to 3.3% in the middle and 3.7% at the bottom. | 4.6.3 fig 9 | Resurface the accessible parking spaces and their access aisles so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |
| 038 | Many of these spaces are pitted and uneven with changes in level or little holes in them ranging in depth from 1/2 inches to 3/4 inches. | 4.5.1 4.6.3 fig 9 | Resurface parking spaces and access aisles to provide a smooth, firm and level surface, with no change of level greater than 1/4 inch. | $380 - $520 |
| 039 | Typically, there is loose gravel and broken stones in many of these places. | 4.5.1 4.6.3 fig 9 | Resurface the accessible parking spaces and their access aisles to provide a level surface that is stable, firm and slip resistant. | $380 - $520 |

**Allegation v** ·········································································
*There is no accessible route from the accessible parking spaces at Hastings Books.*   4.7 fig 11 12, 13   This barrier will be mitigated when the curb ramp is made compliant, as noted elsewhere.   $1,990 - $2,500

**Allegation vi** ·········································································
*The accessible parking spaces at Dollar Tree have no access aisles.*   n/a   We were instructed during our site visit that Dollar Tree was not to be included in this survey.   $0 - $0

**Allegation vii** ·········································································
*The accessible parking spaces at Foxy Nails have no access aisles.*

| 011 | The gore lines (painted stripes on the pavement) at the access aisle are worn away. | 4.1.2(5) (a), 4.6 fig 9 | Restripe the pavement at the accessible parking to create an access aisle compliant with 4.6. | $200 - $300 |

| | | | | |
|---|---|---|---|---|
| 011 | The access aisle has a slope ranging from 3.8% at the top to 4.2% in the middle and 2.0% at the bottom. | 4.6.3 fig 9 | In order for this to qualify as an access aisle, its surface must be level. Resurface the parking access aisle so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |
| 010 011 | The parking space has a cross slope ranging from 4.5% at the top, to 3.9% in the middle and 3.5% at the bottom. | 4.6.3 fig 9 | In order for this to qualify as an accessible parking space, its surface must be level. Resurface the accessible parking space so that the pavement is level, with slope not to exceed 2% (1:50) in any direction. | $380 - $520 |

**Allegation viii**
*All of the curb ramps throughout the facility are too steep and too narrow.*

| | | | | |
|---|---|---|---|---|
| 006 thru 009 | **Curb Ramp near Foxy Nails -** The curb ramp closest to the mall entrance and cinema entrance has a slope ranging from 10.0% at the top to 10.1% at the bottom. The flared side on the left has a slope of 49.1% The flared side on the right has a slope of 49.8%. | 4.7.2 fig 11 12, 13 | Reconfigure the curb ramp so that its slope does not exceed 8.33% and the slopes of the flared sides do not exceed 10%. | $1,990 - $2,500 |
| 008 | The curb ramp lacks a detectable warning. | 4.7.7 4.29 | Provide a detectable warning surface at the curb ramp compliant with 4.29. | $376 - $640 |
| 009 | There is a 1 inch change of level where the bottom of the curb ramp meets the parking pavement. | 4.7.4 4.3.8 fig 7(c) | Resurface the asphalt parking pavement where it meets the bottom of the curb ramp, so that the change in level of the accessible route is no greater than 1/4 inch. | $120 - $180 |
| 018 | **Curb Ramp near the Mall Office -** The curb ramp has a slope ranging from 7.6% at the top, to 7.3% at the bottom. The flared side on the left has a slope of 55.6%. The flared side on the right has a slope of 51.1%. | 4.7.2 fig 11 12, 13 | Reconfigure the curb ramp so that its slope does not exceed 8.33% and the slopes of the flared sides do not exceed 10%. | $1,990 - $2,500 |
| 018 | There is a 1/2 inch change of level where the bottom of the curb ramp meets the parking pavement. | 4.7.4 4.3.8 fig 7(c) | Resurface the asphalt parking pavement where it meets the bottom of the curb ramp, so that the change in level of the accessible route is no greater than 1/4 inch. | $120 - $180 |
| 018 | The curb ramp lacks a detectable warning. | 4.7.7 4.29 | Provide a detectable warning surface at the curb ramp compliant with 4.29. | $376 - $640 |

| | | | | |
|---|---|---|---|---|
| 041 | **South Curb Ramp near Hobby Lobby -** The south curb ramp has a slope ranging from 7.1% at the top, to 6.3% at the bottom. The curb ramp has a cross slope at the top of 5.3%. The flared side on the left has a slope of 45.9%. The flared side on | 4.7.2 fig 11 12, 13 | Reconfigure the curb ramp so that its slope does not exceed 8.33% and the slopes of the flared sides do not exceed 10%. Cross slope is not permitted on curb ramps. | $1,990 - $2,500 |
| 041 | There is a 3/4 inch change of level where the bottom of the curb ramp meets the parking pavement. | 4.7.4 4.3.8 fig 7(c) | Resurface the asphalt parking pavement where it meets the bottom of the curb ramp, so that the change in level of the accessible route is no greater than 1/4 inch. | $120 - $180 |
| 041 | The curb ramp lacks a detectable warning. | 4.7.7 4.29 | Provide a detectable warning surface at the curb ramp compliant with 4.29. | $376 - $640 |
| 047 | **North Curb Ramp near Hobby Lobby -** The north curb ramp has a slope ranging from 6.9% at the top, to 9.1% at the bottom. The flared side on the left has a slope of 42.2%. The flared side on the right has a slope of 31.5%. | 4.7.2 fig 11 12, 13 | Reconfigure the curb ramp so that its slope does not exceed 8.33% and the slopes of the flared sides do not exceed 10%. | $1,990 - $2,500 |
| 060 061 | There is a 3/4 inch change of level where the bottom of the curb ramp meets the parking pavement. | 4.7.4 4.3.8 fig 7(c) | Resurface the asphalt parking pavement where it meets the bottom of the curb ramp, so that the change in level of the accessible route is no greater than 1/4 inch. | $120 - $180 |
| 047 | The curb ramp lacks a detectable warning. | 4.7.7 4.29 | Provide a detectable warning surface at the curb ramp compliant with 4.29. | $376 - $640 |
| 029 | **Curb Ramp near Hastings Books -** The curb ramp has a slope ranging from 11.1% at the top to 10.9% at the bottom. The flared side on the left has a slope of 40.3%. The flared side on the right has a slope of 33.4%. | 4.7.2 fig 11 12, 13 | Reconfigure the curb ramp so that its slope does not exceed 8.33% and the slopes of the flared sides do not exceed 10%. | $1,990 - $2,500 |
| 030 | There is a 3/4 inch change of level where the bottom of the curb ramp meets the parking pavement. | 4.7.4 4.3.8 fig 7(c) | Resurface the asphalt parking pavement where it meets the bottom of the curb ramp, so that the change in level of the accessible route is no greater than 1/4 inch. | $120 - $180 |

**Allegation ix** ············································································
*The entrance doors to many tenant spaces are too heavy and lack proper level landings.*

| | | | | |
|---|---|---|---|---|
| 021 | **Entrance to Hastings Books -** The entrance door requires 11 pounds of pull force to open. | 28 CFR Part 36, 36.201a | Adjust the door closer to require no more than 8 1/2 pounds of push or pull force to open. | $39 - $385 |
| 016 | **Entrance to the Mall Office -** The threshold at this door is 1 inch high. | 4.13.6 fig 25(a) | **Alternate 1 -** Resurface the area outside this door to provide a level landing that is a minimum of 60 inches wide by 60 inches deep, and that extends at least 18 inches past the latch at the latch side of the door, in compliance with figure 25 of the ADAAG. Ensure that the new landing does not exceed a slope of 2% (1:50) in any direction. | $1,200 - $2,100 |
| | | 4.1.6(3)(a)(ii) | **Alternate 2 -** Since the existing threshold is greater than 3/4 inch high but no greater than 3 inches, provide a commercially available threshold ramp on the low side of this threshold with slopes not to exceed 12.5% (1:8). | $150 - $200 |
| 015 | The door has panel type hardware. | 4.13.9 | Non-compliant door hardware makes the doors difficult or impossible to open. Replace the panel-type door handles with loop-type door handles. | $125 - $225 |
| 062 063 064 | **Entrance to Hobby Lobby -** The door has panel type hardware. | 4.13.9 | Replace the panel-type door handles with loop-type door handles. | $125 - $225 |
| 005 | At the time of our visit, landings at the entrances to tenancies were generally level. | 4.13.6 fig 25(a) | No changes are recommended. | $0 - $0 |

**Allegation x** ····················································································
*The paths of travel inside the Play It Again Sports store are blocked and inaccessible.*

| | | | |
|---|---|---|---|
| | 4.3.3 fig 1 | We did not survey this store. Tenants should be aware that an accessible route at least 36 inches wide is generally maintained throughout each store. This route is permitted to narrow to 32 inches wide for distances not to exceed 24 inches. | $0 - $0 |

\*\*\*   end of text part   \*\*\*

*S/C Mason*

prepared by S. K. Mason, AIA, NCARB